**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ALISON BOYD<br>*Plaintiff*<br><br>v.<br><br>STEVEN NAPOLITANO, as Treasurer of the City of Providence, CHARLES MANSOLILLO, and MEREDITH VALANTE,<br>*Defendants* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | [redacted] 05 377ML<br>C.A. No. |

## PETITION FOR REMOVAL

Steven Napolitano, as Treasurer of the City of Providence, Charles Mansolillo and Meredith Valente, defendants in the above-entitled case, for the purpose only of removing this matter to the United States District Court for the District of Rhode Island, state:

1. State Court Action. This is an action filed on or about July 29, 2005, in the Superior Court, County of Providence, State of Rhode Island, being numbered C.A. No. 05-3920, on the docket of said court and being a suit filed by plaintiff, Alison Boyd against the aforesaid defendants.

2. Federal jurisdiction. As set forth in the Complaint, plaintiff alleges that she was subject to sexual harassment and a hostile work environment in violation of, *inter ali,a* Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq*. (Title VII). Accordingly, this Court has original jurisdiction over this matter based upon a federal question pursuant to 28 U.S.C. § 1331, and the above-referenced civil action is one that may be removed pursuant to 28 § 1441(a).

3. Timeliness of Removal Petition. This action was filed on or about July 29, 2005. The named defendants were served with a copy of the Complaint on August 1, 2005, as evidenced by the date stamp and attestation on the Summons filed with the Complaint. Removal of this action is therefore timely under 28 U.S.C. § 1446(b).

4. Relief Requested. Defendants respectfully request that the United States District Court for the District of Rhode Island accept this Petition for Removal and that it assume jurisdiction of this cause and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial hereof.

Defendants,
By their Attorney,

Raymond A. Marcaccio, Esq. (#3569)
Christine M. Curley, Esq. (#4529)
OLIVERIO & MARCACCIO, LLP
55 Dorrance Street
Suite 400
Providence, RI 02903
(401) 861-2900
Fax (401) 861-2922

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August, 2005, I caused a true copy of the within Petition to be mailed to:

William A. Gosz
380 Broadway
Providence, RI 02909