**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ALISON BOYD<br>*Plaintiff*<br><br>v.<br><br>STEVEN NAPOLITANO, as Treasurer of the City of Providence, CHARLES MANSOLILLO, and MEREDITH VALANTE,<br>*Defendants* | :<br>:<br>:<br>:<br>:<br>:<br>: | 05 377 ML<br>C.A. No. |

## LOCAL RULE 36(b) STATEMENT

Pursuant to Local Rule 36(b) of the United States District Court for the District of Rhode Island, attached hereto are certified copies of the State court records and proceedings, including a certified copy of the State court docket entries, in the matter of *Alison Boyd v. Steven Napolitano, et al..*, C.A. No. PC 05-3920.

Defendants,
By their Attorney,

Raymond A. Marcaccio, Esq. (#3669)
Christine M. Curley, Esq. (#4529)
OLIVERIO & MARCACCIO, LLP
55 Dorrance Street
Suite 400
Providence, RI 02903
(401) 861-2900
Fax (401) 861-2922

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of August , 2005, I caused a true copy of the within Statement to be mailed to:

William A. Gosz
380 Broadway
Providence, RI 02909

______________________________