STATE ꟼHODE ISLAND AND PROVIDENCE PLAI TIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2005-3920 ALISON BOYD V TREASURER OF CITY OF PROVIDENCE

Filing Date: 07-29-2005
Case Status: CLOSED DURING DISCOVERY

Case Type: PERSONAL INJURY
Status Date: 08-31-2005

Plaintiff: ALISON BOYD
ID: @10280982

Attorney: WILLIAM GOSZ

Defendant: TREASURER OF THE CITY OF PROVIDENCE
ID: @10280983
Defendant: CHARLES MANSOLILLO
ID: @10280984
Defendant: MEREDITH VALENTE
ID: @10280985

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 07-29-2005 | COMPLAINT FILED | |
| 07-29-2005 | INITIAL FILING FEE | |
| 07-29-2005 | Payment Applied | A Payment of -$160.00 was made on receipt SCP208696. |
| 08-12-2005 | SUMMONS,PROOF OF SERVICE FILED | |
| 08-31-2005 | NOTICE OF REMOVAL | |
| 08-31-2005 | CASE REMVD TO US DISTRICT CT | |
| 08-31-2005 | OTH DOC FILED DURING DISCOV | |

rue Copy Attest ... COURT
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island