**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ALISON BOYD,**<br>***Plaintiff*** | : | |
| **Vs.** | : | **C.A. No. 05-377ML** |
| **STEVEN NAPOLITANO, as Treasurer of the City of Providence, CHARLES MANSOLILLO, and MEREDITH VALENTE,**<br>***Defendants*** | : | |

**DEFENDANT MEREDITH VALENTE'S ANSWER TO PLAINTIFF'S COMPLAINT**

Now comes Defendant, Meredith Valente, and hereby responds to each of the allegations of the complaint as follows:

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

2. Admitted.

3. Admitted.

4. Defendant neither admits nor denies the statements contained in this paragraph since they are assertions of law rather than allegations of fact. To the extent that said statements are deemed to be allegations of fact, such statements are specifically denied.

5. Denied.

6. Defendant admits that Plaintiff submitted a notice of claim on or about May 4, 2005.

**COUNT I**

7. Defendant incorporates by reference each of her responses to paragraphs 1 through 6 as if fully set forth herein.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

**COUNT II**

16. Defendant incorporates by reference each of her responses to paragraphs 1 through 15 as if fully set forth herein.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

**COUNT III**

21. Defendant incorporates by reference each of her responses to paragraphs 1 through 20 as if fully set forth herein.

22. Denied.

23. Denied.

24. Denied.

WHEREFORE, Defendant prays that this Honorable Court will dismiss with prejudice Plaintiff's claims and award Defendant its costs and fees.

**FIRST AFFIRMATIVE DEFENSE**

Defendant affirmatively pleads insufficiency of process and insufficiency of service of process.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff fails to state a claim upon which relief can be granted.

**THIRD AFFIRMATIVE DEFENSE**

Defendant affirmatively pleads accord and satisfaction.

**FOURTH AFFIRMATIVE DEFENSE**

Defendant affirmatively pleads the doctrine of laches.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred by the applicable statute of limitations.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred due to her failure to exhaust administrative remedies.

**SEVENTH AFFIRMATIVE DEFENSE**

Defendant enjoys a qualified immunity from the claims asserted in Plaintiff's complaint.

DEFENDANT HEREBY DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

Defendant,
Meredith Valente,
By her Attorneys,

Raymond A. Marcaccio, Esquire (#3569)
Christine M. Curley, Esquire (#4529)
OLIVERIO & MARCACCIO, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Dated: September 9, 2005

**CERTIFICATION**

I hereby certify that a true copy of the foregoing *DEFENDANT MEREDITH VALENTE'S ANSWER TO PLAINTIFF'S COMPLAINT* was mailed, postage prepaid, to William A. Gosz, Esquire, 380 Broadway, Providence, RI 02909 on the 9th day of September, 2005.