AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

ALISON BOYD

V.

STEVEN NAPOLITANO, as Treasurer of the City of Providence, CHARLES MANSOLILLO and MEREDITH VALENTE

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-377ML

TO: (Name and address of Defendant)

CHARLES MANSOLILLO
6 Rockland Avenue
Cranston, Rhode Island

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William A. Gosz, Esq.
380 Broadway
Providence, Rhode Island 02909

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

11-18-05

DATE

(By) DEPUTY CLERK

for Charles Mansolillo

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 11-21-05 |
|---|---|
| NAME OF SERVER (PRINT) Richard Bourque | TITLE Fed Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 6 RockLand Ave Cranston RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-21-05
Date

Richard Bourque
*Signature of Server*

75 HOLBURN AVENUE
CRANSTON RI 02910
*Address of Server*

2005 DEC -8 A 9:52
DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.