**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ALISON BOYD,**<br>***Plaintiff*** | : | |
| | : | |
| **Vs.** | : | **C.A. No. 05-377ML** |
| | : | |
| **STEVEN NAPOLITANO, as Treasurer of the City of Providence, CHARLES MANSOLILLO, and MEREDITH VALENTE,**<br>***Defendants*** | : | |

**DEFENDANT'S MOTION TO COMPEL**
**PLAINTIFF'S RESPONSE TO**
**REQUEST FOR PRODUCTION OF DOCUMENTS**

Now comes Defendant, City of Providence, and hereby moves this Court for an order to compel Plaintiff, Alison Boyd, to provide document responses to the request for production of documents propounded upon her on or about November 3, 2005. Despite providing Plaintiff's counsel with additional time to provide said documents, no responses have been forthcoming. Defendant requests that Plaintiff be compelled to provide the requested documents within ten (10) days from the entry of this order.

Defendant,
City of Providence,
By its Attorneys,

Raymond A. Marcaccio, Esquire (#3569)
Christine M. Curley, Esquire (#4529)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Dated: February 7, 2006

**CERTIFICATION**

I hereby certify that a true copy of the foregoing *DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS* was mailed, postage prepaid, to William A. Gosz, Esquire, 380 Broadway, Providence, RI 02909 on the 7th day of February, 2006.

Ledina Hendrickson