**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ALISON BOYD,** *Plaintiff* | : | |
| **Vs.** | : | **C.A. No. 05-377ML** |
| **STEVEN NAPOLITANO, as Treasurer of the City of Providence, CHARLES MANSOLILLO, and MEREDITH VALENTE,** *Defendants* | : | |

FILED
FEB 08 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S ANSWERS TO INTERROGATORIES**

Now comes Defendant, City of Providence, and hereby moves this Court for an order to compel Plaintiff, Alison Boyd, to answer interrogatories propounded upon her on or about November 3, 2005. Despite providing Plaintiff's counsel with additional time to provide said documents, no responses have been forthcoming. Defendant requests that Plaintiff be compelled to answer said documents within ten (10) days from the entry of this order.

No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

Barbara Barletta
Deputy Clerk
Date: 3/1/06

Defendant,
City of Providence,
By its Attorneys,

Raymond A. Marcaccio, Esquire (#3569)
Christine M. Curley, Esquire (#4529)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Dated: February 7, 2006