**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ALISON BOYD,** *Plaintiff* | : | |
| **Vs.** | : | **C.A. No. 05-377ML** |
| **STEVEN NAPOLITANO, as Treasurer of the City of Providence, CHARLES MANSOLILLO, and MEREDITH VALENTE,** *Defendants* | : | |

**DEFENDANTS' MOTION TO AMEND PRETRIAL ORDER**

Now come Defendants, Steven Napolitano, as Treasurer of the City of Providence, Charles Mansolillo and Meredith Valente, and hereby move this Honorable Court to amend the November 28, 2005 Pretrial Order in order to extend by ninety (90) days the deadline for discovery and all subsequent deadlines outlined in the aforesaid Pretrial Order. Specifically, the discovery is presently scheduled to close on April 14, 2006. Defendants ask that discovery be closed on July 14, 2006, and that any dispositive motions be filed on or before July 28, 2006. Further, Defendants request that the pretrial memoranda be filed thirty (30) days after any decision on a dispositive motion, or, if no dispositive motions, then on or before August 15, 2006.

As grounds for said motion, Defendants state that Plaintiff answered Defendants' interrogatories on March 14, 2006, nearly five months after the discovery was propounded. Based upon the interrogatory answers, Defendants need to conduct further discovery.

Granted.
Mary M. Lisi
USDJ 4/13/06

Defendants,
By their Attorneys,

Raymond A. Marcaccio, Esquire (#3569)
Christine M. Curley, Esquire (#4529)
OLIVERIO & MARCACCIO, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Dated: April 13, 2006

**CERTIFICATION**

I hereby certify that a true copy of the foregoing *DEFENDANTS' MOTION TO AMEND PRETRIAL ORDER* was mailed, postage prepaid, to William A. Gosz, Esquire, 380 Broadway, Providence, RI 02909 on the 13th day of April, 2006.