**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ALISON BOYD,** *Plaintiff* | : | |
| **Vs.** | : | **C.A. No. 05-377ML** |
| **STEVEN NAPOLITANO, as Treasurer of the City of Providence, CHARLES MANSOLILLO, and MEREDITH VALENTE,** *Defendants* | : | |

**DEFENDANTS' AMENDED NOTICE TO TAKE THE DEPOSITION OF PLAINTIFF**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the testimony upon oral examination of Plaintiff Alison Boyd will be taken before a Notary Public, or before another person authorized to administer oaths, at the law firm of OLIVERIO & MARCACCIO LLP, 55 Dorrance Street, Suite 400, Providence, RI 02903 on the 31st day of May, 2006 at 10:00 a.m. Said examination will continue from day to day until completed and is being taken on behalf of the Defendants.

You are invited to attend and cross examine.

Defendants,
By their Attorneys,

Raymond A. Marcaccio, Esquire (#3569)
Christine M. Curley, Esquire (#4529)
OLIVERIO & MARCACCIO, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Dated: May 12, 2006

**CERTIFICATION**

I hereby certify that a true copy of the foregoing *DEFENDANTS' AMENDED NOTICE TO TAKE THE DEPOSITION OF PLAINTIFF* was mailed, postage prepaid, to William A. Gosz, Esquire, 380 Broadway, Providence, RI 02909 on the 12th day of May, 2006.

Nadine Hendrickson

C: Vivian Dafoulas
50 Fieldstone Drive
East Greenwich, RI 02818