**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ALISON BOYD,** *Plaintiff* | : | |
| | : | |
| **Vs.** | : | **C.A. No. 05-377ML** |
| | : | |
| **STEVEN NAPOLITANO, as Treasurer of the City of Providence, CHARLES MANSOLILLO, and MEREDITH VALENTE,** *Defendants* | : | |

**DEFENDANTS' NOTICE TO TAKE THE DEPOSITION OF PLAINTIFF**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the testimony upon oral examination of Plaintiff Alison Boyd will be taken before a Notary Public, or before another person authorized to administer oaths, at the law firm of OLIVERIO & MARCACCIO LLP, 55 Dorrance Street, Suite 400, Providence, RI 02903 on the 25th day of April, 2006 at 10:00 a.m. Said examination will continue from day to day until completed and is being taken on behalf of the Defendants.

You are invited to attend and cross examine.

Defendants,
By their Attorneys,

Raymond A. Marcaccio, Esquire (#3569)
Christine M. Curley, Esquire (#4529)
OLIVERIO & MARCACCIO, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Dated: April 12, 2006

**CERTIFICATION**

I hereby certify that a true copy of the foregoing *DEFENDANTS' NOTICE TO TAKE THE DEPOSITION OF PLAINTIFF* was mailed, postage prepaid, to William A. Gosz, Esquire, 380 Broadway, Providence, RI 02909 on the 13th day of April, 2006.

C: Reporting Associates
10 Dorrance Street
Providence, RI 02903