**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ALISON BOYD,** **Plaintiff** | : | |
| **V** | : | **C.A. NO. 05-377ML** |
| **STEVEN NAPOLITANO, as Treasurer of the City of Providence, CHARLES MANSOLILLO and MEREDITH VALENTE,** **Defendants** | : | |

**PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION TO DISMISS**

Now comes the Plaintiff in the above-captioned matter and objects to the motion to Dismiss filed by the Defendants. In support thereof, Plaintiff states that a deposition of Plaintiff can be accomplished. Plaintiff relies on the attached memo in further support of her argument.

Plaintiff,
By her attorney,

WILLIAM A. GOSZ, ESQ. #1718
380 Broadway
Providence, RI 02909
Phone: (401) 274-7444
Fax: (401) 274-5566
legalbill@mindspring.com

No evidentiary hearing or oral argument hearing is requested by Plaintiff in response to the motion to dismiss.

# CERTIFICATION

I hereby certify that on this 12th day of June, 2006, I mailed a copy of the foregoing to Raymond Marcaccio, Esq., and Julie P. Hamil, Esq., Oliverio & Marcaccio, LLP, 55 Dorrance Street, Suite 400, Providence, RI 02903e, RI 02903 by regular mail, postage prepaid.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ALISON BOYD,** | : | |
| **Plaintiff** | : | |
| | : | |
| **V** | : | **C.A. NO. 05-377ML** |
| | : | |
| **STEVEN NAPOLITANO, as Treasurer** | : | |
| **of the City of Providence, CHARLES** | : | |
| **MANSOLILLO and MEREDITH** | : | |
| **VALENTE,** | : | |
| **Defendants** | : | |

**PLAINTIFF'S MEMORANDUM**
**IN OPPOSITION TO DEFENDANTS'**
**MOTION TO DISMISS**

Facts

Plaintiff originally commenced her action in Providence County Superior Court for the State of Rhode Island alleging that Defendants violated Title VII of the Civil Rights Act of 1964, 42 USC §2000, et seq., the State of Rhode Island Civil Rights Act of 1990, §42-112-1 R.I.G.L. and for intentional infliction of emotional distress. Upon Motion of Defendants, the case was removed to this Court.

In this action, Plaintiff asserts that she was the victim of sexual harassment and that a hostile work environment was created necessitating her to leave her employment with the Office of the City Solicitor for the City of Providence.

In addition to the pending action, Plaintiff brought a claim for Workers' Compensation benefits in the Workers' Compensation Court for the State of Rhode Island. That matter is captioned "Allison M. Boyd vs City of Providence", WCC No. 2004-04634. That claim arises out of the same set of facts as the instant claim and is presently pending before the Workers' Compensation Court.

Discussion

In the Workers' Compensation matter, the attorney for the Respondent has also attempted to take Plaintiff's deposition and due to child care issues, Plaintiff is a nursing mother, the depositions were cancelled each time.

Recently, the attorney for the City on the Workers' Compensation matter has agreed to depose Plaintiff at her home in Providence. This deposition is scheduled for Tuesday, June 13, 2006 at 1:00 p.m.

The two previous attempts to depose Plaintiff in the instant matter have not met with success due to the fact that Plaintiff could not make or rely on adequate alternate arrangements for babysitting as occurred in the case pending in Workers' Compensation Court.

Plaintiff submits that this deposition requested by Defendants in this matter can be scheduled at Plaintiff's home as in the Workers' Compensation matter and that if further discovery is necessary for Defendants, the time requirements can then be addressed.

## Conclusion

Plaintiff respectfully requests that Defendants' Motion to Dismiss be denied as there is a manner in which Plaintiff's deposition can be taken by Defendants.

Plaintiff,
By her attorney,

WILLIAM A. GOSZ, ESQ. #1718
380 Broadway
Providence, RI 02909
Phone: (401) 274-7444
Fax: (401) 274-5566
legalbill@mindspring.com

## CERTIFICATION

I hereby certify that on this 12th day of June 2006, I mailed a copy of the foregoing to Raymond Marcaccio, Esq., and Julie P Hamil, Esq., Oliverio & Marcaccio, LLP, 55 Dorrance Street, Suite 400, Providence, Rhode Island 02903 by regular mail, postage prepaid.

ali boyd-memo.doc/#1G