olig Attached

FILED
JUN 05 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ALISON BOYD,** *Plaintiff* | : | |
| **Vs.** | : | **C.A. No. 05-377ML** |
| **STEVEN NAPOLITANO, as Treasurer of the City of Providence, CHARLES MANSOLILLO, and MEREDITH VALENTE,** *Defendants* | : | |

8/2/06: MOTION WITHDRAWN BY DEFENDANTS DUE TO REPORTED SETTLEMENT. USMJ

## DEFENDANTS' MOTION TO DISMISS

Now come the Defendants in the above-referenced civil action and hereby move this Honorable Court to dismiss the pending action against them with prejudice. As reason therefor, Defendants state that the Plaintiff has failed to make herself available for the taking of her deposition on two separate occasions without good cause. Such action by the Plaintiff has prejudiced the Defendants in their defense of this case. Defendants further rely on the attached Memorandum of Law in support of their Motion to Dismiss.

Referred to U.S.M.J. Almond
☒ for findings & recommendation
☐ for determination
☐ ______
Mary M. Lisi, U.S. District Judge
Date: 6/29/06

Defendants,
By their Attorneys,

Raymond A. Marcaccio, Esq. #3569
Julie P. Hamil, Esq. #6887
OLIVERIO & MARCACCIO, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

8-2-06 @ 10:00am

Dated: 6/2/06