**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ALISON BOYD,** *Plaintiff* | : | |
| **Vs.** | : | **C.A. No. 05-377ML** |
| **STEVEN NAPOLITANO, as Treasurer of the City of Providence, CHARLES MANSOLILLO, and MEREDITH VALENTE,** *Defendants* | : | |

**DISMISSAL STIPULATION**

Now come the parties through counsel and hereby stipulate to the dismissal with prejudice of the above- captioned matter; no court costs, fees or interest.

/s/ William A. Gosz
William A. Gosz, Esq. (#1718)
Attorney for the Plaintiff
380 Broadway
Providence, RI 02909
(401) 274-7444
(401) 274-5566 Fax
legalbill@mindspring.com

/s/ Raymond A. Marcaccio
Raymond A. Marcaccio, Esq. (#3569)
Attorney for the Defendants
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
ram@om-rilaw.com

Dated: August 30, 2006